**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| DESHANE NICOLE DANIELS-CARERRO, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-1701 |
| | ) | |
| INOVA HEALTH CARE SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER**

COMES NOW Defendant Inova Health Care Services ("Inova"), by counsel, and states as follows for its Answer to the Complaint filed against it by Plaintiff Deshane Nicole Daniels-Carerro ("Ms. Daniels-Carerro").

**FIRST DEFENSE**

For its first defense to the Complaint and in response to its numbered paragraphs, Inova states as follows:

**I.  Jurisdiction and Venue**

1.      The allegations contained in paragraph 1 set forth legal conclusions and not allegations of fact for which an answer is required. To the extent an answer is deemed to be required, Inova does not contest this Court's federal question jurisdiction over claims arising under the Americans with Disabilities Act, as amended ("ADA").

2.      The allegations contained in paragraph 2 set forth legal conclusions and not allegations of fact for which an answer is required. To the extent an answer is deemed to be required, Inova does not contest venue in this Court.

3.    The allegations contained in paragraph 3 set forth legal conclusions and not allegations of fact for which an answer is required. To the extent an answer is deemed to be required, Inova does not contest jurisdiction in this Court.

4.    The allegations in the first sentence of paragraph 4 set forth legal conclusions and not allegations of fact for which an answer is required. Inova is without information sufficient to form a belief about the truth of the remaining allegations in paragraph 4.

## II.  The Parties

5.    Inova is without information sufficient to form a belief about the truth of the allegations in paragraph 5 as phrased. By way of further answer, Inova admits that Ms. Daniels-Carerro was previously employed by Inova.

6.    Inova admits that it is a non-stock corporation. The remaining allegations in paragraph 6 are denied.

7.    Inova admits that it is a non-profit health organization that owns and manages hospitals and long-term care facilities in the Commonwealth of Virginia, and that it employs thousands of employees. The remaining allegations in paragraph 7 are denied.

8.    Denied as phrased. By way of further answer, effective January 23, 2023, Inova employed Plaintiff as a Registered Nurse, Staffing Solutions Perioperative, in which position Plaintiff could be expected to float to any perioperative site of care within Inova Health System.

9.    Inova generally admits the allegations contained in paragraph 9, except that Plaintiff's first date of full-time employment was January 23, 2023.

## III. Factual Allegations

10.    The allegations in the first sentence of paragraph 10 set forth legal conclusions and not allegations of fact for which an answer is required. Inova is without information sufficient to form a belief about the truth of the remaining allegations in paragraph 10.

11.    Denied.

12.    Denied as phrased. By way of further answer, Inova avers that Ms. Daniels-Carerro's shift history at Inova speaks for itself.

13.    Inova is without information sufficient to admit or deny the allegations contained in paragraph 13.

14.    Inova generally admits that Ms. Daniels-Carrero requested a reasonable accommodation from Inova.

15.    Inova admits that it accepted Ms. Daniels' representation that she has a qualifying disability. Inova otherwise denies the allegations contained in paragraph 15 as phrased.

16.    Inova is without information sufficient to admit or deny the allegations contained in paragraph 16.

17.    Inova generally admits the allegations contained in paragraph 17.

18.    Denied.

19.    Inova is without information sufficient to form a belief about the truth of the allegations in paragraph 19.

20.    Denied.

21.    Inova is without information sufficient to form a belief about the truth of the allegations in paragraph 21.

22.    Denied.

23.    Denied.

24.    Denied.

25.    Denied.

26.    Denied.

27.    Denied.

28.     Denied.

29.     Denied.

30.     Denied.

31.     Denied.

32.     Denied.

33.     Denied.

34.     Denied.

35.     Denied.

36.     Denied.

37.     Denied as phrased. By way of further answer, Inova admits that Ms. Daniels-Carerro resigned from Inova.

38.     Denied as phrased. By way of further answer, Inova admits that on January 31, 2025, Ms. Daniels-Carerro provided notice of her resignation effective February 1, 2025.

39.     Denied.

40.     Denied.

41.     The allegations contained in paragraph 41 set forth legal conclusions and not allegations of fact for which an answer is required. To the extent a response is required, the allegations in paragraph 41 are denied as phrased.

42.     Denied.

**Count I: Claim for Discrimination in Violation of the ADA**

43.     Inova incorporates by reference its responses to paragraphs 1-42 as if fully set forth herein.

44.     The allegations in paragraph 44 set forth legal conclusions and not allegations of fact for which an answer is required.

4

45.    The allegations in paragraph 45 set forth legal conclusions and not allegations of fact for which an answer is required.

46.    Inova admits that it accepted Ms. Daniels' representation that she has a qualifying disability. Inova otherwise denies the allegations contained in paragraph 46 as phrased.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Denied.

51.    Denied.

52.    Denied.

53.    Denied.

54.    Denied.

**Count II: Failure to Accommodate in Violation of the ADA**

55.    Inova incorporates by reference its responses to paragraphs 1-54 as if fully set forth herein.

56.    Inova is without information sufficient to admit or deny the allegations contained in paragraph 56 as phrased.

57.    Denied.

58.    Inova is without information sufficient to admit or deny the allegations as stated in paragraph 58.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

5

63.     Inova denies that Plaintiff is entitled to any of the relief set forth in her Prayer for Relief.

64.     All allegations contained in the Complaint that are not specifically admitted herein are denied.

## SECOND DEFENSE

65.     To the extent supported by discovery, Plaintiff's claim may be barred by a failure to mitigate her damages.

## REQUEST FOR TRIAL BY JURY

Inova requests a trial by jury on all issues so triable.

WHEREFORE, Defendant Inova Health Care Services respectfully requests that this Court dismiss the Complaint filed against it and award it such other and further relief as this Court deems appropriate.

Respectfully submitted,

INOVA HEALTH CARE SERVICES
By Counsel

Date: November 6, 2025

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913

By:      /s/ Laurie L. Kirkland
         Laurie L. Kirkland, VSB No. 75320
          lkirkland@bklawva.com
         Ian J. McElhaney, VSB No. 94888
          imcelhaney@bklawva.com
         Counsel for Defendant

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Filing ("NEF") to all counsel of record.

     /s/ Laurie L. Kirkland
Laurie L. Kirkland, Esq.
Virginia State Bar No. 75320
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913
lkirkland@bklawva.com
Counsel for Defendant

7