**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| DESHANE NICOLE DANIELS-CARRERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:25-cv-1701 |
| | ) | (RDA/IDD) |
| INOVA HEALTH CARE SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED by and between the parties that the above-captioned case be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties each to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

 

_____
Hon. Rossie D. Alston, Jr.
United States District Judge

May __, 2026
Alexandria, Virginia

Respectfully submitted,

| | |
|---|---|
| Virginia Employment Law | Blankingship & Keith, P.C. |
| 4227 Colonial Ave. | 4020 University Drive, Suite 300 |
| Roanoke, VA 24018 | Fairfax, Virginia 22030 |
| Telephone: 540-283-0802 | Telephone: 703-691-1235 |

By: _____ /s/  Thomas E. Strelka _____
    Thomas E. Strelka, VSB No. 75488
    thomas@vaemployment.law
    L. Leigh Rhoads, VSB No. 73355
    leigh@vaemployment.law
    *Counsel for Plaintiff*

By: _____ /s/  Laurie L. Kirkland _____
    Laurie L. Kirkland, VSB No. 75320
    lkirkland@bklawva.com
    Ian J. McElhaney, VSB No. 9488
    imcelhaney@bklawva.com
    *Counsel for Defendant*
    *Inova Health Care Services*